Melissa Newel (CA #148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
ANTHONY PAUL POLLOS

ERIC A. GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration
OSCAR GONZALEZ DE LLANO
Special Assistant U.S. Attorney
Program Litigation 1 Law & Policy
6401 Security Boulevard
Baltimore, Maryland   21235
(510) 970-4818
Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PAUL POLLOS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No.  1:25-cv-01288 (HBK)<br><br><br>**STIPULATION OF DISMISSAL AND ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) which provides that a plaintiff may dismiss an action without court order by filing "a stipulation of dismissal signed by all

parties who have appeared," IT IS HEREBY STIPULATED BY ALL PARTIES, through their undersigned attorneys, to voluntarily dismiss, with prejudice, the above-referenced action. Each party agrees to bear their own attorney fees, costs, and expenses associated with the action.

Respectfully submitted,

Dated: March 2, 2026

NEWEL LAW

By:   *Melissa Newel*
Melissa Newel
Attorney for Plaintiff
ANTHONY PAUL POLLOS

Dated: March 2, 2026

ERIC A. GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration

By:   *Oscar Gonzalez de Llano*
OSCAR GONZALEZ DE LLANO
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

Based upon the stipulation of the parties, this matter is dismissed and the Clerk of Court is **DIRECTED** to close this action.

**IT IS SO ORDERED**.

Dated:     March 2, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

STIPULATION OF DISMISSAL